

ACCEPTED
02-15-00302-CV
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
12/18/2015 2:13:19 PM
DEBRA SPISAK
CLERK

**Francisco J. Valenzuela**
Direct Dial:972-860-0398
fvalenzuela@fhmbk.com
www.fhmbk.com

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS

12/18/2015 2:13:19 PM

DEBRA SPISAK
Clerk

December 18, 2015

Second Court of Appeals Clerk                    *VIA E-FILING*
Tim Curry Criminal Justice Center
401 West Belknap, Suite 9000
Fort Worth, TX 76196

 Re: *Palazzolo v. FWISD Board of Trustees* (*Palazzolo IV*)
   Cause No. 02-15-00302-CV, Second Court of Appeals, Fort Worth, Texas
   Cause No. 352-276165-14, 352nd Judicial District, Tarrant County, Texas
   Claim No. SPLL2010068387
   Our File No.: 26875-4

Dear Clerk:

 We would like to obtain a copy of the Clerk's Record on appeal for the above-referenced appeal matter.  Please forward a copy of the record on appeal directly to me at the addressed listed below.

 If you should have any questions or need additional information, please feel free to contact our office.

     Sincerely,

     */s/ Shawn Meadows*

     Shawn Meadows
     Paralegal to FRANCISCO J. VALENZUELA

499341

cc:

Paul F. Wieneskie    *Via E-Filing Portal*

*Fanning Harper Martinson Brandt & Kutchin, P.C.   Attorneys and Counselors*
**Two Energy Square . 4849 Greenville Avenue . Suite 1300 . Dallas Texas . 75206 . P 214.369.1300 . F 214.987.9649**